**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| |
|---|
| **UNITED STATES OF AMERICA,** |
| v. |
| **ALPHA SACKO** |

**Case No. 2:25-cr-00231-JDW**

## ORDER

**AND NOW**, this 10th day of February, 2026, upon consideration of Defendant Alpha Sacko's Motion To Suppress Physical Evidence And Statements (ECF No. 27), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED**.

It is **FURTHER ORDERED** that, for the reasons stated in the accompanying Memorandum, Defendant's Motion For Disclosure Of Identity And Information Pertaining To The Confidential Informants (ECF No. 25) is **GRANTED IN PART** and **DENIED IN PART AS MOOT** as follows:

     a.    The Motion is **DENIED AS MOOT** as to CS-2 because the Government has confirmed that it intends to call CS-2 at trial and therefore will disclose her identity to Mr. Sacko; and

     b.    The Motion is **GRANTED** as to CS-1, and the Government must disclose CS-1's full name and address to Mr. Sacko's defense counsel only;

It is **FURTHER ORDERED** that, pursuant to Fed. R. Crim. P. 16(d)(1), Mr. Sacko's counsel may not disclose CS-1's full name or address to any individual other than members of counsel's staff or to experts or investigators that counsel has retained for this case. Mr. Sacko's counsel may disclose CS-1's full name or address to staff, experts, or investigators only after explaining the limits of this Order and obtaining a signed agreement, in the form attached to this Order as Exhibit A, from the person receiving the information. Unless and until I issue a further order, any reference to CS-1 or CS-2 in filings or in arguments shall use the terms "CS-1" or "CS-2," rather than either individual's given name.

It is **FURTHER ORDERED** that Defendant's Motion For Bifurcated Trial (ECF No. 24) is **GRANTED** as unopposed.

It is **FURTHER ORDERED** that the United States Of America's Motion In Limine To Admit Evidence Pursuant To Rule 609 (ECF No. 28) is **DENIED WITHOUT PREJUDICE**.

It is **FURTHER ORDERED** that Defendant's Motion To Compel The Production Of Complete Unredacted Discovery (ECF No. 26.) is **DENIED WITHOUT PREJUDICE** based on counsel's report to the Court that the Government has provided documents with fewer redactions and that Mr. Sacko's counsel and counsel for the Government are engaging in good faith discussions to resolve the issue.

It is **FURTHER ORDERED** that a hearing on the Government's Motion To Admit

Recordings And Transcripts (ECF No. 23) is scheduled for April 27, 2026 at 10:00 a.m. in

Courtroom 12B of the United States District Court, 601 Market Street, Philadelphia, PA

19106.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**UNITED STATES OF AMERICA,**

v.

**ALPHA SACKO**

**Case No. 2:25-cr-00231-JDW**

### <u>AGREEMENT TO TERMS OF ORDER</u>

I, _____, being duly sworn, state that:

1.  My address is _____.

2.  My present employer is _____, and the

    address of my employment is _____.

3.  My present occupation or job description is _____.

4.  I have carefully read and understand the restrictions in the Order dated

    February 9, 2026, and I will comply with all provisions of it that control

    dissemination of CS-1's personal information.

5.  I will not disclose to anyone not authorized to receive it any personal

    information about CS-1, including her full name or address.

I declare under penalty of perjury that the foregoing is true and correct.


Date: _____          Signature: _____